IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:14CR3138-1 |
| V. | ) | |
| ANDREW JOSE ESPINOZA, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion to dismiss Count I without prejudice as to Defendant Espinoza (filing 134) is granted.

DATED this 27th day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge