IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:14CR3138 |
| v. | ) | |
| ANDREW JOSE ESPINOZA, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Andrew Jose Espinoza may appeal in forma pauperis, although no certificate of appealability will be issued.

DATED this 30th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge