IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:14CR3138** |
| vs. | |
| ANDREW JOSE ESPINOZA, | **ORDER** |
| Defendant. | |

    IT IS ORDERED that Defendant's unopposed motion to extend deadline for filing defendant's response brief (Filing 220) is granted. Defendant's responsive brief shall be filed on or before January 5, 2021.

    Dated this 21st day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge