IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ANDREW JOSE ESPINOZA,<br><br>           Defendant. | 4:14CR3138<br><br>**MEMORANDUM AND ORDER** |

     Mr. Espinoza has filed a motion for compassionate release. Our very excellent Probation Office has thoroughly investigated the matter. Mr. Espinoza has a criminal history category of VI. He was sentenced on October 15, 2015, to a term of 188 months in custody. While he does have certain medical conditions that place him at a higher risk than the normal person for the Covid influenza, the Probation Office argues that it is uncertain whether Mr. Espinoza's risk for severe illness due to Covid would be significantly reduced in the community or he would be able to immediately transition into his proposed release plan. I agree with the Probation Officer. The request for compassionate release will be denied.

     IT IS THEREFORE ORDERED that the motion for compassionate release (Filing 213) is denied.

     Dated this 21st day of January, 2021.

                                             BY THE COURT:

                                             *Richard G. Kopf*

                                             Richard G. Kopf
                                             Senior United States District Judge