IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW JOSE ESPINOZA,<br><br>Defendant. | 4:14CR3138<br><br>**ORDER** |

    IT IS ORDERED that Plaintiff shall file a response to Defendant's Motion to Reduce Sentence (Filing 228) on or before February 25, 2022.

    Dated this 26th day of January, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge