IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ANDREW JOSE ESPINOZA,<br><br>  Defendant. | 4:14CR3138<br><br>**MEMORANDUM AND ORDER** |

    The defendant filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c). (Filing 228.) That motion is denied.

    The defendant's motion is predicated on Amendment 782. Those changes were applied retroactively to cases sentenced prior to that date. Espinoza did not qualify for a reduction under Amendment 782 because he received the benefit of the reduction in the base offense level at the time of sentencing. *See, e.g.*, Filing 127, Filing 128, Filing 132. Espinoza provides no other basis for reducing his sentence. (I have previously denied Espinoza's motion for compassionate release. *See* Filing 213, Filing 226.)

    As a result of the foregoing,

    IT IS ORDERED that the motion for sentence reduction (Filing 228) is denied.

    Dated this 28th day of February, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge